AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| ALIBABA GROUP HOLDING LIMITED; ALIBABA GROUP (U.S.), INC., <br> *Plaintiff(s)* <br> v. <br> U.S. DEPARTMENT OF DEFENSE a/k/a DEPARTMENT OF WAR; PETE HEGSETH, in his official capacity as Secretary of Defense; STEPHEN FEINBERG, in his official capacity as Deputy Secretary of Defense; AND MICHAEL CADENAZZI, <br> *Defendant(s)* | Civil Action No.  5:26-cv-06227 EKL |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Attachment A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sheila A.G. Armbrust
SIDLEY AUSTIN LLP
101 California Street, Suite 3500
San Francisco, CA 94111
Telephone: (415) 772-1200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:26-cv-06227 EKL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Attachment A To Summons**
Alibaba Group Holding Limited et al. v. United States Department of Defense, et al.
Case No. 5:26-cv-06227 EKL

**United States Department of Defense**
1400 Defense Pentagon
Washington, D.C. 20301

**Pete Hegseth, in his official capacity as Secretary of the United States Department of Defense**
1000 Defense Pentagon
Washington, D.C. 20301

**Stephen Feinberg, in his official capacity as Deputy Secretary of Defense**
1010 Defense Pentagon
Washington, D.C. 20301

**Michael Cadenazzi, in his official capacity as Assistant Secretary of Defense for Industrial Base Policy**
3010 Defense Pentagon
Washington, D.C. 20301

**The Honorable Todd Blanche**
Attorney General of the United States
Department of Justice
950 Pennsylvania Ave NW
Washington, D.C. 20530

**The Honorable Craig H. Missakian**
U.S. Attorney for the Northern District of California
450 Golden Gate Ave, 11th Floor
San Francisco, CA 94102