Sheila A.G. Armbrust (CABN 265998)
sarmbrust@sidley.com
SIDLEY AUSTIN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Carter G. Phillips (admitted *pro hac vice*)
cphillips@sidley.com
Jennifer J. Clark (admitted *pro hac vice*)
jennifer.clark@sidley.com
Christopher A. Eiswerth (admitted *pro hac vice*)
ceiswerth@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

*Attorneys for Plaintiffs Alibaba Group Holding Limited*
*and Alibaba Group (U.S.) Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALIBABA GROUP HOLDING LIMITED; ALIBABA GROUP (U.S.) INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE a/k/a UNITED STATES DEPARTMENT OF WAR; PETE HEGSETH, *in his official capacity as Secretary of Defense*; STEPHEN FEINBERG, *in his official capacity as Deputy Secretary of Defense*; AND MICHAEL CADENAZZI, *in his official capacity as Assistant Secretary of Defense for Industrial Base Policy*, <br><br> Defendants. | Case No. 26-cv-6227-EKL <br><br> Hon. Eumi K. Lee <br><br> **DECLARATION OF SHEILA A.G. ARMBRUST IN SUPPORT OF PLAINTIFFS' MOTION PRELIMINARY INJUNCTION, TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** <br><br> **Complaint Filed on June 23, 2026** |

Pursuant to 28 U.S.C. § 1746, I, Sheila A.G. Armbrust, declare as follows:

1.    I am a Partner at Sidley Austin LLP. I am licensed to practice before this Court and am counsel of record for Plaintiffs Alibaba Group Holding Limited and Alibaba Group (U.S.) Inc. (collectively, "Alibaba"). I submit this declaration in support of Alibaba's Motion for Preliminary Injunction, Temporary Restraining Order, and Order to Show Cause and in compliance with United States District Court for the Northern District of California Civil Local Rule 65-1(a)(5). The following is based on my personal knowledge. If called to testify, I would testify to the same.

2.    The Court issued the summons on June 25, 2026. The next day, counsel for Alibaba initiated service of the complaint and accompanying papers by certified mail in accordance with Federal Rule of Civil Procedure 4(i).  No counsel has yet made an appearance for Defendants in the above-captioned proceeding.

3.    In accordance with Civil Local Rule 65-1(a)(5), I certify that notice has been provided to the opposing party of this motion for temporary restraining order. Specifically, on the morning of June 30, 2026, Christopher Eiswerth emailed Alex Haas, Diane Kelleher, and Daniel Riess, attorneys at the United States Department of Justice, Civil Division, Federal Programs Branch, to provide a courtesy copy of the complaint. Later in the morning, he informed them that Alibaba would be filing an application for a temporary restraining order and seeking an order to show cause regarding a preliminary injunction. Attached as **Exhibit A** is a true and correct copy of that email.

4.    Later on June 30, Carter Phillips, Jennifer Clark, and Christopher Eiswerth met with J. Stephen Tagert, the attorney assigned to represent Defendants, via videoconference to discuss this motion for temporary restraining order. Promptly after filing, I will cause copies of all documents filed with the Court to be served upon the Defendants and will ensure copies are promptly sent to Mr. Tagert by email.

5.    Attached as **Exhibit B** is a true and correct copy of *Pentagon Cited Alibaba on China Military Aid in Oct. 7 Memo*, dated November 26, 2025, by Anthony Capaccio on *Bloomberg*'s website. The article may be found at the following URL: https://www.bloomberg.com/news/articles/2025-11-26/pentagon-cited-alibaba-on-china-military-aid-in-oct-7-letter.

6.    Attached as **Exhibit C** is a true and correct copy of a letter from Representative John

DECLARATION OF SHEILA A.G. ARMBRUST
CASE NO. 26-CV-6227-EKL

Moolenaar of the House of Representatives et al. to Secretary Pete Hegseth of the Department of Defense, dated December 18, 2025. The letter may be found at the following URL: https://chinaselectcommittee.house.gov/sites/evo-subsites/selectcommitteeontheccp.house.gov/ files/evo-media-document/12.18.25-letter-to-dow-1260h-additions.pdf.

7.    Attached as **Exhibit D** is a true and correct copy of the revised 1260H List that the government posted on the *Federal Register* website at about 8:45 a.m. on February 13, 2026.

8.    Attached as **Exhibit E** is a true and correct copy of a letter from Michael Kremlacek, then-Acting Director of the Department of Defense's Privacy, Civil Liberties, and Transparency Directorate, to Oliver Potts, Director of the National Archives and Records Administration's Office of the Federal Register, dated February 13, 2026.

9.    Attached as **Exhibit F** is a true and correct copy of *US Withdraws Newly Updated List of Firms Allegedly Aiding China's Military*, dated February 13, 2026, by Michael Martina and Alexandra Alper on *Reuters*'s website. The article may be found at the following URL: https://www.reuters.com/sustainability/society-equity/us-expected-add-alibaba-others-list-firms- allegedly-aiding-chinas-military-2026-02-13/.

10.    Attached as **Exhibit G** is a true and correct copy of *Alibaba Leads Tech Slide After Pentagon Briefly Shows Blacklist*, dated February 15, 2026, by Edwin Chan on *Bloomberg*'s website. The article may be found at the following URL: https://www.bloomberg.com/news/articles/2026-02- 16/alibaba-leads-tech-slide-after-pentagon-briefly-shows-blacklist.

11.    Attached as **Exhibit H** is a true and correct copy of *US Says BYD, Baidu, Alibaba and Other Tech Giants Are Aiding China's Military*, dated June 8, 2026, by Michael Martina et al. on *Reuters*'s website. The article may be found at the following URL: https://www.reuters.com/world/asia-pacific/pentagon-lists-entities-designated-chinese-military- company-2026-06-08/.

12.    Attached as **Exhibit I** is a true and correct copy of *Pentagon Accuses Alibaba, Baidu and BYD, Three of China's Biggest Companies, of Supporting the Chinese Military*, dated June 8, 2026, by Kate O'Keefe on *Fortune*'s website. The article may be found at the following URL: https://fortune.com/2026/06/08/pentagon-accuses-alibaba-baidu-byd-china-military-companies/.

13.    Attached as **Exhibit J** is a true and correct copy of a press release from Representative Moolenaar, entitled *American Companies & Governments Should Cut Ties With New Pentagon-Listed Chinese Military Companies*, and dated June 8, 2026. The press release may be found at the following URL:  https://chinaselectcommittee.house.gov/media/press-releases/moolenaar-american-companies-governments-should-cut-ties-with-new-pentagon-listed-chinese-military-companies.

14.    Attached as **Exhibit K** is a true and correct copy of a letter from Representative Moolenaar and Representative Elise Stefanik of the House of Representatives to Secretary Hegseth, dated June 15, 2026. The letter may be found at the following URL: https://files.constantcontact.com/f0eecb46901/e043a242-94d7-4575-b777-f94cb8939ebe.pdf.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 30th day of June, 2026 in San Francisco, California

By: */s/ Sheila A.G. Armbrust*
Sheila A.G. Armbrust

3