BRETT A. SHUMATE
Assistant Attorney General
KRISTINA A. WOLFE
Assistant Branch Director
J. STEPHEN TAGERT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-5486
stephen.tagert@usdoj.gov
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ALIBABA GROUP HOLDING LIMITED; ALIBABA GROUP (U.S.) INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE a/k/a UNITED STATES DEPARTMENT OF WAR; PETE HEGSETH, in his official capacity as Secretary of Defense; STEPHEN FEINBERG, in his official capacity as Deputy Secretary of Defense; AND MICHAEL CADENAZZI, in his official capacity as Assistant Secretary of Defense for Industrial Base Policy, <br><br> *Defendants*. | Case No. 26-cv-6227-EKL <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> Before: Hon. Eumi K. Lee |

No. 26-cv-6227-EKL

STIPULATION AND [PROPOSED] ORDER

Plaintiffs Alibaba Group Holdings Limited and Alibaba Group (U.S.) Inc. ("Alibaba") and Defendants United States Department of War, Secretary of War Pete Hegseth, Deputy Secretary of War Stephen Feinberg, and Assistant Secretary of War Michael Cadenazzi ("Defendants"), through their counsel, hereby stipulate as follows:

WHEREAS, on June 23, 2026, Alibaba filed this action relating to its designation as a Chinese military company and, on June 30, 2026, filed a Motion for a Temporary Restraining Order pertaining to Count IV of its Complaint, which argues that 10 U.S.C. § 4663 abridges Alibaba's First Amendment rights; and

WHEREAS, Defendants maintain that 10 U.S.C. § 4663 fully complies with the U.S. Constitution but recognize that it will benefit both the parties and the Court to enter into a stipulation for a limited period of time so the Court can assess 10 U.S.C. § 4663's constitutionality;

NOW, THEREFORE, Alibaba and Defendants, through their counsel, HEREBY STIPULATE AND REQUEST that this Court order as follows:

1. Defendants, directly or indirectly, and whether alone or in concert with others, including any officer, agent, representative, and/or employee of Defendants, will not enforce 10 U.S.C. § 4663's prohibition on the Department contracting with an entity, a parent company of such entity, or a subsidiary of such entity that is a party to a contract with any entity that engages in "lobbying activities"[1] for Alibaba, such that, consistent with 10 U.S.C. § 4663(c), which authorizes the Secretary of War to waive 10 U.S.C. § 4663's requirements, Alibaba would not be treated as a Chinese military company for purposes of 10 U.S.C. § 4663 only, until the Court resolves Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction or until sixty days after the Court holds a hearing on that Motion, whichever event occurs first.

2. During that same duration, Defendants will not refuse to contract or otherwise deny any entity an opportunity to contract with the Department on the ground that such an entity, a

---

[1] "Lobbying activities" means lobbying contacts and efforts in support of such contacts, including preparation and planning activities, research, and other background work that is intended, at the time it is performed, for use in contacts, and coordination with the lobbying activities of others. *See* 2 U.S.C. §§ 1602(7)-(8); DFARS 240.7003-1, *available at* in https://www.acq.osd.mil/dpap/dars/dfars_far_overhaul_class_deviations.html.

parent company of such entity, or a subsidiary of such entity is a party to a contract with any entity that engages in "lobbying activities" for Alibaba.

3. The parties propose the following schedule for Alibaba's Motion:

- July 21, 2026: Defendants' opposition due;

- August 4, 2026: Alibaba's reply due;

- Week of August 31, 2026 (or, in the alternative, week of August 24, 2026): Oral argument.

4. Except as expressly provided herein, the parties reserve all rights and arguments.

For the Court's convenience, the parties have attached a proposed order with the above provisions to this stipulation.

DATED: July 3, 2026                    Respectfully submitted,


*/s/ J. Stephen Tagert*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KRISTINA A. WOLFE
Assistant Branch Director

J. STEPHEN TAGERT
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-5486
stephen.tagert@usdoj.gov

*Counsel for Defendants*


*/s/ Sheila A.G. Armbrust*

Sheila A.G. Armbrust (CABN 265998)
sarmbrust@sidley.com
SIDLEY AUSTIN LLP
101 California Street, 35th Floor
San Francisco, CA 94111

Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Carter G. Phillips (admitted *pro hac vice*)
cphillips@sidley.com
Jennifer J. Clark (admitted *pro hac vice*)
jennifer.clark@sidley.com
Christopher A. Eiswerth (admitted *pro hac vice*)
ceiswerth@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

*Attorneys for Plaintiffs Alibaba Group Holding Limited and Alibaba Group (U.S.) Inc.*

No. 26-cv-6227-EKL

STIPULATION AND [PROPOSED] ORDER

## DECLARATION

I declare, under penalty of perjury, that the factual assertions contained in this Joint Stipulation are true and correct to the best of my knowledge.

Dated: July 3, 2026        By:   */s/ J. Stephen Tagert*
                                        J. STEPHEN TAGERT

                                        *Counsel for Defendants*

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I certify that all other signatories listed above, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: July 3, 2026        By:   */s/ J. Stephen Tagert*
                                         J. STEPHEN TAGERT

                                        *Counsel for Defendants*