BRETT A. SHUMATE
Assistant Attorney General
KRISTINA WOLFE
Assistant Branch Director
J. STEPHEN TAGERT
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-5486
stephen.tagert@usdoj.gov
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIBABA GROUP HOLDING LIMITED; ALIBABA GROUP (U.S.) INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE a/k/a UNITED STATES DEPARTMENT OF WAR; PETE HEGSETH, in his official capacity as Secretary of War; STEPHEN FEINBERG, in his official capacity as Deputy Secretary of War; AND MICHAEL CADENAZZI, in his official capacity as Assistant Secretary of War for Industrial Base Policy, <br><br> *Defendants*. | Case No. 26-cv-6227-EKL <br><br> **NOTICE OF PRODUCTION OF THE ADMINISTRATIVE RECORD** <br><br> Hearing Date & Time: To be determined (Week of August 31) <br> Before: Hon. Eumi K. Lee |

Defendants hereby give notice that they served a copy of the administrative record in this matter upon Plaintiffs' counsel on July 30, 2026. A copy of the certified list of the contents of the administrative record is attached to this filing as Exhibit A, and a copy of the certification is attached as Exhibit B.

DATED: July 30, 2026

Respectfully submitted,

*/s/ J. Stephen Tagert*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KRISTINA WOLFE
Assistant Branch Director

J. STEPHEN TAGERT
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-5486
stephen.tagert@usdoj.gov

*Counsel for Defendants*

## **DECLARATION**

I declare, under penalty of perjury, that the factual assertions contained in this stipulation are true and correct to the best of my knowledge.

*//s/ J. Stephen Tagert*

J. STEPHEN TAGERT (VA Bar No. 99641)

*Alibaba Group Holding Ltd., et al. v. U.S. Department of War, et al.*, 26-cv-6227-EKL – Notice of Production of the Administrative Record