# EXHIBIT A

**Certified List of the Contents of the Administrative Record**
*Alibaba Group Holding Limited, et al. v. U.S. Dep't of Def., et al.*, No. 26-cv-6227 (N.D.CA)

|  | BATES No(s). |
|---|---|
| Action Memo for Deputy Secretary of War from Michael P. Duffey, USW(A&S), re: Public Reporting of Chinese Military Companies Operating in the United States (including Attached Notification Letters) | Alibaba AR 0001-0030 |
| Notice of Availability of Designation of Chinese Military Company, 91 Fed. Reg. 35189-35194 (June 10, 2026) | Alibaba AR 0031-0036 |
| DoW Releases List of Chinese Military Companies in Accordance with Section 1260H of the National Defense Authorization Act for Fiscal Year 2021 (June 8, 2026) | Alibaba AR 0037-0054 |
| Alibaba Group Holding Limited (Alibaba) Report (May 13, 2026) | Alibaba AR 0055-0077 |
| Alibaba Group Holding Limited Report Classified Annex (March 24, 2026) | Alibaba AR 0078-0084 |
| Emails between OSD Pentagon OUSD A-S List 1260H List and Michael Borden, Sidley Austin, re Alibaba – Urgent Meeting Request and Opposition to Designation under 1260H, dated December 25-29, 2025 | Alibaba AR 0085-0086 |
| Email from Michael Borden, Sidley Austin, to OSD Pentagon OUSD A-S Mailbox 1260H List re Alibaba – Urgent Meeting Request and Opposition to Designation under 1260H, dated December 31, 2025 | Alibaba AR 0087-0089 |
| Email from Michael Borden, Sidley Austin, to OSD Pentagon OUSD A-S Mailbox 1260H List re Alibaba – Urgent Meeting Request and Opposition to Designation under 1260H, dated January 5, 2026 | Alibaba AR 0090-0092 |
| Email from OSD Pentagon OUSD A-S List 1260H List to Michael Borden, Sidley Austin, re Alibaba – Urgent Meeting Request and Opposition to Designation under 1260H, dated January 5, 2026 | Alibaba AR 0093-0095 |
| Email from Michael Borden, Sidley Austin, to OSD Pentagon OUSD A-S Mailbox 1260H List re Alibaba – Urgent Meeting | Alibaba AR 0096-0098 |

Request and Opposition to Designation under 1260H, dated January 5, 2026

| | |
|---|---|
| Email from Kathryn Collins, OSD OUSD A-S to Michael Borden, Sidley Austin, re Alibaba – Urgent Meeting Request and Opposition to Designation under 1260H, dated January 5, 2026 | Alibaba AR 0099-0102 |
| Email from Michael Borden, Sidley Austin, to Kathryn Collins OSD OUSD A-S re Alibaba – Urgent Meeting Request and Opposition to Designation under 1260H, dated January 5, 2026 | Alibaba AR 0103-0106 |
| Email from Michael Borden, Sidley Austin, to Kathryn Collins, re Alibaba – Urgent Meeting Request and Opposition to Designation under 1260H, dated January 12, 2026 | Alibaba AR 0107-0110 |
| Email from OSD Pentagon OUSD A-S List 1260H List to Michael Borden, Sidley Austin, re Alibaba – Urgent Meeting Request and Opposition to Designation under 1260H, dated January 12, 2026 | Alibaba AR 0111-0115 |
| Email from Michael Borden, Sidley Austin, to OSD Pentagon OUSD A-S Mailbox 1260H List, et al, re Alibaba – Urgent Meeting Request and Opposition to Designation under 1260H, dated January 12, 2026 | Alibaba AR 0116-0120 |
| Email from Michael Borden, Sidley Austin, to OSD Pentagon OUSD A-S List 1260H List re Alibaba Group: Follow-up Materials from Wednesday's Meeting dated January 23, 2026 (including attachments entitled Alibaba Contributions by State 050625 Final and 1-21-26 Alibaba 1260H Meeting) | Alibaba AR 0121-0153 |
| Email from Michael Borden, Sidley Austin, to Kathryn Collins OSD OUSD A-S re Alibaba – Urgent Meeting Request and Opposition to Designation under 1260H dated January 30, 2026 (including attachments entitled CSRB-Report-on-Log4-July-11-2022_508 and IPR Letter May 2024) | Alibaba AR 0154-0212 |
| Email from Michael Borden, Sidley Austin, to OSD Pentagon OUSD A-S List 1260H List, et al re Alibaba Decision Memo dated February 27, 2026 | Alibaba AR 0213 |
| Email from OSD Pentagon OUSD A-S List 1260H List to Michael Borden, Sidley Austin, re Alibaba Decision Memo dated February 27, 2026 | Alibaba AR 0214-0215 |

| | |
|---|---|
| Email from Michael Borden, Sidley Austin, to HON Michael Cadenazzi OSD OUSD A-S re Alibaba – Supplemental Response in Opposition to Section 1260H Designation dated March 24, 2026 (including attachment entitled 3-23-26 Alibaba Supplemental Response 4912-9620-8790 10) | Alibaba AR 0216-0224 |
| Email from HON Michael Cadenazzi OSD OUSD A-S to Michael Borden, Sidley Austin, re Alibaba – Supplemental Response in Opposition to Section 1260H Designation dated March 24, 2026 | Alibaba AR 0225-0226 |
| Email from Michael Borden, Sidley Austin, to OSD Pentagon OUSD A-S List 1260H List, et al re Alibaba Decision Memo dated June 9, 2026 | Alibaba AR 0227 |
| Email from HON Michael Cadenazzi OSD OUSD A-S to Michael Borden, Sidley Austin, re Alibaba Decision Memo, dated June 9, 2026 | Alibaba AR 0228-0229 |
| Email from OSD Pentagon OUSD A-S List 1260H List to Michael Borden, Sidley Austin, re Alibaba Decision Memo dated June 9, 2026 | Alibaba AR 0230-0231 |
| Wall Street Journal, *Negative Takes on China's Economy Are Disappearing from the Internet* | Alibaba AR 0232-0236 |
| New York Times, *As China's Internet Disappears, 'We Lost Parts of Our Collective Memory'* | Alibaba AR 0237-0241 |
| New York Times, *China's Censorship Dragnet Targets Critics of the Economy* | Alibaba AR 0242-0248 |
| Foreign Policy Magazine, *China's Secret to Controlling the Internet* | Alibaba AR 0249-0257 |
| Alibaba Group, *Milestones* | Alibaba AR 0258-0260 |
| Alibaba Group, *Our Businesses* | Alibaba AR 0261-0263 |
| Alibaba Group, *Fiscal Year 2024 Annual Report* | Alibaba AR 0264-0604 |
| Security and Exchange Commission, Registration Statement | Alibaba AR 0605-1087 |
| Time, *Where is Alibaba Founder Jack Ma? What the Saga of One of the World's Richest Men Reveals About China Under* | Alibaba AR 1088-1097 |

*Xi Jinping*

| | |
|---|---|
| BBC, *Why did Alibaba's Jack Ma disappear for three months?* | Alibaba AR 1098-1104 |
| The Guardian, *Chinese Authorities Exploited Interpol and Strong-Armed One of the World's Richest Men to Pursue a Target* | Alibaba AR 1105-1121 |
| SASAC, Directory | Alibaba AR 1122-1124 |
| The China Project, *Is Alibaba-backed navigation service Qianxun at risk from U.S. sanctions?* | Alibaba AR 1125-1131 |
| Corsnet Global Cors Networks, *China CORS Network-Qianxun Spatial Intelligence GNSS RTK Service* | Alibaba AR 1132-1134 |
| Department of Defense, *DOD Releases List of Chinese Military Companies in Accordance with Section 1260H of the National Defense Authorization Act for Fiscal Year 2021* | Alibaba AR 1135-1141 |
| Global Times, *Giants jointly promote application of BDS in military, civilian areas* | Alibaba AR 1142-1143 |
| Pitchbook, Qianxun SI | Alibaba AR 1144-1150 |
| Forbes, *Alibaba Teams Up with Norinco to Provide Positioning Services Using China's Beidou Satellite System* | Alibaba AR 1151-1156 |
| Pinsent Masons website, *E-commerce giant Alibaba has set up a satellite positioning service provision business in a joint Venture with Chinese army research body Norinco Group* | Alibaba AR 1157-1158 |
| The Jamestown Foundation, *BeiDou and Strategic Advancements in PRC Space Navigation* | Alibaba AR 1159-1163 |
| The Jamestown Foundation, *Putting Precision in Operations: Beidou Satellite Navigation System* | Alibaba AR 1164-1169 |
| SASAC, Directory | Alibaba AR 1170-1171 |
| Sayari, *The World's Largest Shareholders: Understanding China's National and Regional SASACs* | Alibaba AR 1172-1180 |
| SASAC, *What We Do* | Alibaba AR 1181-1188 |
| CNBC, *Executive salaries at China's largest state firms linked* | Alibaba AR 1189-1195 |

*to 'party building' efforts*

| | |
|---|---|
| Following The Money, *Policies Applying to the State-owned Enterprises* | Alibaba AR 1196-1203 |
| Council on Foreign Relations, *Conflicts of Interest in Federal Contracting* | Alibaba AR 1204-1224 |
| Asian Legal Information Institute, *Company Law of the People's Republic of China* | Alibaba AR 1225-1276 |
| China Law Translate, *PRC National Intelligence Law (as amended in 2018)* | Alibaba AR 1277-1294 |
| SASAC, Directory—China Mobile | Alibaba AR 1295-1297 |
| AAStocks, *China Mobile, Alibaba Sign Agreement to Jointly Build AI Data Center* | Alibaba AR 1298-1300 |
| S&P Capital IQ, *China Mobile Communications Group Co., Ltd.* | Alibaba AR 1301-1303 |
| Alibaba Cloud, *About Us* | Alibaba AR 1304-1333 |
| Caltech, Center for Technology & Management Education, *Cloud Computing Applications: Top Uses of the Cloud* | Alibaba AR 1334-1339 |
| European Defense Agency, *'Combat Cloud': EDA study shows benefits of cloud computing for EU militaries* | Alibaba AR 1340 |
| Carrozza et al, Peace Research Institute Oslo, *Dual-Use AI Technology in China, the US and the EU* | Alibaba AR 1341-1390 |
| Journal of Indo-Pacific Affairs, *Artificial Intelligence Technology and China's Defense System* | Alibaba AR 1391-1401 |
| Alibaba Cloud, *Attestations & Certifications > TRUCS* | Alibaba AR 1402-1404 |
| Alibaba Cloud, *Attestations & Certifications* | Alibaba AR 1405-1415 |
| Alliance of Industrial Internet, *About All* | Alibaba AR 1416-1417 |
| Yahoo News and South China Morning Post, *Baidu, Alibaba, Tencent execs among Big Tech members on new China AI standards committee* | Alibaba AR 1418-1428 |
| C114 Communications Network, *The Ministry of Industry and* | Alibaba AR 1429-1432 |

| | |
|---|---|
| *Information Technology decided to establish the Ministry's Artificial Intelligence Standardization Technical Committee* (Mandarin) | |
| C114 Communications Network, *The Ministry of Industry and Information Technology decided to establish the Ministry's Artificial Intelligence Standardization Technical Committee* (English Translation) | Alibaba AR 1433-1438 |
| UVA, *The Chinese Communist Party's Layered Artificial Intelligence Strategy* | Alibaba AR 1439-1460 |
| Rere Data, *Breaking News, ReRe Data officially becomes a member unit of the Ministry of Industry and Information Technology's Artificial Intelligence Standardization Technical Committee (MIIT/TC1)*(Mandarin) | Alibaba AR 1461-1467 |
| Rere Data, *Breaking News, ReRe Data officially becomes a member unit of the Ministry of Industry and Information Technology's Artificial Intelligence Standardization Technical Committee (MIIT/TC1)*(English Translation) | Alibaba AR 1464-1467 |
| China Briefing from Dezan Shira and Associates, *China Standards 2035 Strategy: Recent Developments and Implications for Foreign Companies* | Alibaba AR 1468-1475 |
| GSP China, *Notice from the Standardization Administration of China on Issuing the "Key Points of National Standardization Work in 2020"* (Mandarin) | Alibaba AR 1476-1481 |
| GSP China, *Notice from the Standardization Administration of China on Issuing the "Key Points of National Standardization Work in 2020"* (English Translation) | Alibaba AR 1482-1487 |
| CKN & Clingendael Report, *Standardisation with Chinese Characteristics?  The Missing Pillar in Rebooting Europe's Industrial Policy* | Alibaba AR 1488-1549 |
| Standards Portal, *PRC Resources: Chinese Ministries and Agencies that Issue Standards and Regulations* | Alibaba AR 1550-1552 |
| Alibaba Cloud, *Alibaba Cloud's Global Infrastructure* | Alibaba AR 1553-1559 |
| Alibaba Cloud, *Alibaba Cloud Products & Services* | Alibaba AR 1560-1581 |
| Alibaba.com Reads, *Alibaba.com vs. Aliexpress: A Quick* | Alibaba AR 1582-1593 |

6

*Guide for Merchants*

| | |
|---|---|
| Reuters, *Alibaba IPO ranks as world's biggest after additional shares sold* | Alibaba AR 1594-1602 |
| Alibaba Careers, *Global Presence > United States* | Alibaba AR 1603-1607 |
| Alibaba Group, *FAQs* | Alibaba AR 1608-1609 |
| Dgtl Infra website, *Alibaba Cloud's Data Center Locations: Regions and Availability Zones* | Alibaba AR 1610-1624 |
| Alibaba Cloud, *Alibaba Cloud's Global Infrastructure* | Alibaba AR 1625-1630 |
| Amazon Web Services, *What is cloud computing?* | Alibaba AR 1631-1647 |
| BeiDou, China has successfully launched the 59th and 60th Beidou Navigation Satellites (Mandarin) | Alibaba AR 1648-1650 |
| BeiDou, China has successfully launched the 59th and 60th Beidou Navigation Satellites (English Translation) | Alibaba AR 1651-1653 |
| ICIJ, *Chinese authorities exploited Interpol and strong-armed one of the world's richest men to pursue a target* | Alibaba AR 1654-1672 |
| Microsoft Azure, *What is cloud computing* | Alibaba AR 1673-1678 |
| Quishi News, *Big data builds the strongest "military brain"* (Mandarin) | Alibaba AR 1679-1684 |
| Quishi News, *Big data builds the strongest "military brain"* (English Translation) | Alibaba AR 1685-1692 |
| SASAC, List of Central State-Owned Enterprises (Mandarin) | Alibaba AR 1693-1694 |
| SASAC, List of Central State-Owned Enterprises (English Translation) | Alibaba AR 1695-1697 |
| Securities Daily, *The infrastructure standard system accelerates the construction of domestic computing power to upgrade to "easy to use"* (Mandarin) | Alibaba AR 1698-1701 |
| Securities Daily, *The infrastructure standard system accelerates the construction of domestic computing power to upgrade to "easy to use"* (English Translation) | Alibaba AR 1702-1712 |

7

The Select Committee on the Strategic Competition Between The United States and the Chinese Communist Party, *The CCP's Investors: How American Venture Capital Fuels the PRC Military and Human Rights Abuses*

Alibaba AR 1713-1780

8