# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALIBABA GROUP HOLDING LIMITED,
ET AL.,

        Plaintiff,

    v.

U.S. DEPARTMENT OF DEFENSE, *et al.*,

        Defendants.

No. 26-CV-6227

### CERTIFICATION OF ADMINISTRATIVE RECORD

I, Kathryn Collins, certify as follows:

1.    I currently serve as Branch Chief, Global Investment and Economic Security (GIES), Office of the Assistant Secretary of Defense for Industrial Base Policy, Office of the Under Secretary of Defense for Acquisition and Sustainment, Department of Defense (DoD or the Department).

2.    I have been a GIES government employee since 2024. Between 2020 and 2024, I served as a contractor in GIES supporting various GIES economic security missions. In addition to other unrelated duties, I supervise the research of companies for the list the Department prepares in compliance with Section 1260H of Public Law No. 116-283, the William M. ("Mac") Thornberry National Defense Authorization Act for Fiscal Year 2021 (Section 1260H list). The Section 1260H list identifies entities that are operating directly or indirectly in the United States as a "Chinese military company," as defined under the statute. As such, I am authorized to certify as to the documents that were referenced by

GIES in its analysis of companies for the Section 1260H list.

3.      The facts attested to herein are based on my personal knowledge or information made available to me in the course of my official duties.

4.      The end notes of the Alibaba Group Holding Limited report contained in the administrative record state that the following documents are in Mandarin: C114 Communication Network (Mandarin), *"The Ministry of Industry and Information Technology decided to establish the Ministry's Artificial Intelligence Standardization Technical Committee"*; Rere Data, *"Breaking News | ReRe Data officially becomes a member unit of the Ministry of Industry and Information Technology's Artificial Intelligence Standardization Technical Committee (MIIT/TC1)"*, GSP China, *"Notice from the Standardization Administration of the China on Issuing the "key Points of National Standardization Work in 2020"*.  The relevant webpages from which these documents were taken were in Mandarin, but the webpage translations were completed with the Google webpage translate functions that were available via the Chrome and Edge webpage browsers.  The Department has provided the English version of those documents as translated by the Google webpage translation functions in the Administrative Record.  The Department does not believe that any relevant substantive material from these documents has been lost in the translation process.

5.      Additional documents in the administrative record are in Mandarin:

Quishi News, *Big data builds the strongest "military brain"* and Securities Daily, *The infrastructure standard system accelerates the construction of domestic computing power to upgrade to "easy to use"*.  These documents were reviewed by

the Department but not cited in the final Alibaba Group Holding Limited report. The relevant webpages from which these documents were taken were in Mandarin, but the webpage translations were completed with the Google webpage translate functions that were available via the Chrome and Edge webpage browsers. The Department has provided the English version of those documents as translated by the Google webpage translation functions in the Administrative Record. The Department does not believe that any relevant substantive material from these documents has been lost in the translation process.

6.      Endnote 111 of the Alibaba Holdings Limited report cites the title of Chapter 3 of the Clingendael Report, i.e., *China's Rise as a Standards Power: The Basis of Long-term Dominance* (Alibaba AR 0076), because the Department referenced information from that chapter during its analysis. The Certified List cites the title of the full Clingendael report in which Chapter 3 is located.

7.      The following pages in the administrative record are blank due to the process of downloading and saving webpages to a PDF file: AR0257, AR1087, AR1156, AR1163, and AR1599-AR1602. In addition, AR0211 is a blank page between the two email attachments identified in the email from Michael Borden, Sidley Austin, which starts on AR0154. There was no relevant information on these pages for the Department to review as a part of its analysis of the Alibaba Holdings Limited report.

8.      I hereby certify to the best of my knowledge and belief that the documents in the attached administrative record and described in the attached certified list of the contents of the administrative record constitute a true, correct, and complete copy of the documents that were directly or indirectly considered in

connection with DoD's decision to identify Plaintiffs on the Section 1260H list.

In accordance with 28 U.S.C. § 1746, I certify and declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:

COLLINS.KATHRYN.ANNE.1506937392
Digitally signed by COLLINS.KATHRYN.ANNE.1506937392
Date: 2026.07.30 10:07:01 -04'00'

Kathryn Collins
Branch Chief
Global Investment and Economic Security (GIES) Directorate
OASD for Industrial Base Policy, OUSD for Acquisition and Sustainment