Sheila A.G. Armbrust (CABN 265998)
sarmbrust@sidley.com
SIDLEY AUSTIN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Carter G. Phillips (admitted *pro hac vice*)
cphillips@sidley.com
Jennifer J. Clark (admitted *pro hac vice*)
jennifer.clark@sidley.com
Christopher A. Eiswerth (admitted *pro hac vice*)
ceiswerth@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

*Attorneys for Plaintiffs Alibaba Group Holding Limited and Alibaba Group (U.S.) Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ALIBABA GROUP HOLDING LIMITED; ALIBABA GROUP (U.S.) INC.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF DEFENSE a/k/a UNITED STATES DEPARTMENT OF WAR; PETE HEGSETH, *in his official capacity as Secretary of Defense*; STEPHEN FEINBERG, *in his official capacity as Deputy Secretary of Defense*; AND MICHAEL CADENAZZI, *in his official capacity as Assistant Secretary of Defense for Industrial Base Policy*,

Defendants.

Case No. 26-cv-6227-EKL

Hon. Eumi K. Lee

**PLAINTIFFS' STATEMENT OF RECENT DECISION PURSUANT TO L.R. 7-3(d)(2) RELEVANT TO THEIR MOTION FOR PRELIMINARY INJUNCTION**

Date: August 27, 2026
Time: 1:30 pm
Location: Courtroom 7 - 4th Floor

Pursuant to Local Rule 7-3(d)(2), Plaintiffs Alibaba Group Holding Limited and Alibaba Group (U.S.) Inc. respectfully bring to the Court's attention a relevant judicial opinion in *Hesai Technology Co., Ltd. v. United States Department of Defense*, No. 25-5256 (D.C. Cir.), from August 18, 2026. A true and correct copy of the decision is attached hereto as **Exhibit A**. In this decision, the D.C. Circuit held that the Department violated procedural due process by failing to provide Hesai with notice of the unclassified materials on which it intended to rely and a meaningful opportunity to respond before designating the company under Section 1260H.

Date: August 20, 2026

Respectfully submitted,

SIDLEY AUSTIN LLP

*<u>/s/ Christopher A. Eiswerth</u>*
Sheila A.G. Armbrust (CABN 265998)
Carter G. Phillips (admitted *pro hac vice*)
Jennifer J. Clark (admitted *pro hac vice*)
Christopher A. Eiswerth (admitted *pro hac vice*)

*Attorneys for Plaintiffs Alibaba Group Holding Limited and Alibaba Group (U.S.) Inc.*