**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ALIBABA GROUP HOLDING LIMITED; ALIBABA GROUP (U.S.) INC., *Plaintiffs*, v. UNITED STATES DEPARTMENT OF DEFENSE a/k/a UNITED STATES DEPARTMENT OF WAR; PETE HEGSETH, in his official capacity as Secretary of Defense; STEPHEN FEINBERG, in his official capacity as Deputy Secretary of Defense; AND MICHAEL CADENAZZI, in his official capacity as Assistant Secretary of Defense for Industrial Base Policy, *Defendants*. | Case No. 26-cv-6227-EKL<br>**~~[PROPOSED~~] ORDER**<br>Before: Hon. Eumi K. Lee |

Upon review of the parties' stipulation, the Court orders as follows.

1. The October 14, 2026 case management conference shall be continued until after the Court decides the parties' forthcoming cross-motions for summary judgment.

2. Any other discovery deadlines shall likewise be continued until after the Court decides the parties' forthcoming cross-motions for summary judgment.

3. Plaintiffs shall file their initial motion for summary judgment by the latter of (i) 30 days after the court grants the joint motion, or (ii) 14 days after the court decides the preliminary injunction motion. The parties will then request a hearing date and will provide a stipulated briefing schedule to the Court for the Court to consider at that time.

IT IS SO ORDERED.

Dated: October 6, 2026

Hon. Eumi K. Lee
United States District Judge