Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
SIDLEY AUSTIN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Carter G. Phillips (admitted *pro hac vice*)
cphillips@sidley.com
Jennifer J. Clark (admitted *pro hac vice*)
jennifer.clark@sidley.com
Christopher A. Eiswerth (admitted *pro hac vice*)
ceiswerth@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

*Attorneys for Plaintiffs Alibaba Group Holding Limited and Alibaba Group (U.S.) Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ALIBABA GROUP HOLDING LIMITED; ALIBABA GROUP (U.S.) INC.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF DEFENSE a/k/a UNITED STATES DEPARTMENT OF WAR; PETE HEGSETH, *in his official capacity as Secretary of Defense*; STEPHEN FEINBERG, *in his official capacity as Deputy Secretary of Defense*; AND MICHAEL CADENAZZI, *in his official capacity as Assistant Secretary of Defense for Industrial Base Policy*,

Defendants.

Case No. 26-cv-6227-EKL

Hon. Eumi K. Lee

**JOINT STATUS REPORT REGARDING CROSS-MOTIONS FOR SUMMARY JUDGMENT**

**Complaint Filed on June 23, 2026**

Plaintiffs Alibaba Group Holding Limited and Alibaba Group (U.S.) Inc. ("Alibaba") and Defendants United States Department of War, Secretary of War Pete Hegseth, Deputy Secretary of War Stephen Feinberg, and Assistant Secretary of War Michael Cadenazzi ("Defendants"), through their counsel, hereby state as follows:

The parties intend to file cross-motions for summary judgment.

On October 6, 2026, the Court ordered that Alibaba file its initial motion for summary judgment by the later of: (i) 30 days after the Court issued said order; or (ii) 14 days after the Court decided Alibaba's motion for a preliminary injunction, Dkt. No. 50.

On October 26, 2026, the Court granted Alibaba's motion for a preliminary injunction, Dkt. No. 51, and thus, in accordance with the Court's October 6 order, Alibaba intends to move for summary judgment on its claims by November 9, 2026.

Section IX of the Court's Standing Order for Civil Cases (updated Aug. 31, 2026) provides, in relevant part, that "[a]t least seven (7) days before the opening brief [in support of a motion for summary judgment], the parties shall file a concise joint status report that identifies: (1) the claims, counterclaims, and defenses that remain to be decided; (2) the pleading in which each claim, counterclaim, or defense is asserted; and (3) each claim, counterclaim, defense, or issue for which a party will move for summary judgment."

Alibaba and Defendants, through their counsel, state as follows:

1. All claims asserted by Alibaba against Defendants in the Complaint, Dkt. No. 1, remain to be decided, including: Count I—Violation of the Administrative Procedure Act, 5 U.S.C. § 706(2)(A), (C), (E); Count II—Violation of the Administrative Procedure Act, 5 U.S.C. § 706(2)(D); Count III—Violation of the Administrative Procedure Act, 5 U.S.C. § 706(2)(B); Count IV—Violation of the First Amendment of the U.S. Constitution; and Count V—Violation of the Fifth Amendment of the U.S. Constitution.

2. All defenses to said claims remain to be decided, and no counterclaims have been asserted.

3. Alibaba and Defendants intend to cross-move for summary judgment on all claims alleged in the Complaint.

4. The parties will separately file a stipulation and proposed order addressing the briefing schedule and requesting enlarged page limits for their cross-motions for summary judgment. *See* Standing Order for Civil Cases § IX, at 10 (updated Aug. 31, 2026).

Date: November 2, 2026

By: */s/ Christopher A. Eiswerth*

Sheila A.G. Armbrust (CABN 265998)
sarmbrust@sidley.com
SIDLEY AUSTIN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Carter G. Phillips (admitted *pro hac vice*)
cphillips@sidley.com
Jennifer J. Clark (admitted *pro hac vice*)
jennifer.clark@sidley.com
Christopher A. Eiswerth (admitted *pro hac vice*)
ceiswerth@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

*Attorneys for Plaintiffs Alibaba Group Holding Limited and Alibaba Group (U.S.) Inc.*

*/s/ J. Stephen Tagert*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KRISTINA A. WOLFE
Assistant Branch Director

J. STEPHEN TAGERT
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-5486
stephen.tagert@usdoj.gov

*Counsel for Defendants*

**DECLARATION**

I declare, under penalty of penalty of perjury, that the factual assertions contained in this Joint Status Report are true and correct to the best of my knowledge.

*/s/ Christopher A. Eiswerth*
Christopher A. Eiswerth

*Attorney for Plaintiffs Alibaba Group Holding Limited and Alibaba Group (U.S.) Inc.*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I certify that all other signatories listed above, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

*/s/ Christopher A. Eiswerth*
Christopher A. Eiswerth

*Attorney for Plaintiffs Alibaba Group Holding Limited and Alibaba Group (U.S.) Inc.*