UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ALIBABA GROUP HOLDING LIMITED, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF DEFENSE a/k/a UNITED STATES DEPARTMENT OF WAR, et al,

Defendants.

Case No. 26-cv-6227-EKL

**[PROPOSED] ORDER**

Before: Hon. Eumi K. Lee

The Motion for Summary Judgment of Plaintiffs Alibaba Group Holding Limited and Alibaba Group (U.S.) Inc. (collectively, "Alibaba") came before the Honorable Eumi K. Lee of the United States District Court for the Northern District of California, in Courtroom 7. Upon consideration of the pleadings and papers on file, and the arguments of counsel, the Court, being fully advised, makes the following findings and conclusions:

1. The Motion is GRANTED.
2. Defendants' designation of Alibaba as a Chinese military company under Section 1260H violated the Administrative Procedure Act, 5 U.S.C. § 706. It was arbitrary, capricious, an abuse of discretion, not in accordance with law, taken without observing procedure required by law, in excess of statutory jurisdiction and authority, and unsupported by substantial evidence. Accordingly, the designation is held unlawful, set aside, and vacated.
3. In addition, Defendants' designation of Alibaba as a Chinese military company without providing notice to Alibaba of the unclassified evidence on which the Secretary intended

to designate the company and an opportunity to rebut that evidence violated the Due Process Clause of the Fifth Amendment. Accordingly, the designation is vacated.

4. 10 U.S.C. § 4663 violates the First Amendment as applied to Alibaba and is facially overbroad. Accordingly, the statute is declared unconstitutional and Defendants are enjoined from enforcing 10 U.S.C. § 4663's prohibition on contracting with entities that conduct lobbying activities on behalf of entities designated as Chinese military companies under Section 1260H.
5. Section 1260H is impermissibly vague under the Due Process Clause of the Fifth Amendment. The designation is therefore vacated.
6. Defendants' Cross-Motion for Summary Judgment is DENIED.

IT IS SO ORDERED.

______________________________
Hon. Eumi K. Lee
United States District Judge